**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00587-CV

### JOHN JEFFREY MCCAFFERTY, Appellant

### V.

### MARY M. MCCAFFERTY, ALANA MCCAFFERTY AND AMANDA MCCAFFERTY, Appellees

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-05932**

## ORDER

We **GRANT** appellant's September 12, 2016 unopposed second motion for extension of

time to file his brief. We **ORDER** appellant's brief filed no later than September 30, 2016.

/s/ CRAIG STODDART
   JUSTICE